# Exhibit A



DICKINSON WRIGHT PLLC

1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
FACSIMILE: (602) 285-5100
http://www.dickinsonwright.com

FRANK G. LONG
FLong@dickinsonwright.com
(602) 285-5093

February 19, 2016

*Via Fed-Ex*

Anthony J. McShane
Neal, Gerber & Eisenberg, LLP
2 North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Re: Republic Technologies, LLC – OCB Organic Hemp Rolling Papers Packaging

Dear Mr. McShane:

This law firm handles some trademark matters for BBK Tobacco & Foods, LLP dba HBI International ("BBK"), including the protection of its various marks related to the RAW® brand of rolling papers. Those marks include common law marks as well as the marks with the U.S. Patent and Trademark Office ("PTO") registrations, shown on the attached chart (the "BBK Marks").

BBK asked this firm to contact you in your capacity as trademark counsel for Republic Technologies, LLC ("Republic"). Currently, you are identified in PTO records as legal counsel for certain OCB marks Republic has registered with the PTO. If you are no longer representing Republic for any trademark matters, please let me know at your earliest convenience and, if possible, provide the name of trademark counsel for Republic. If you remain trademark counsel for Republic, please review the following information and then let me know a time when we can discuss it.

The BBK Marks include the RAW® Organic Hemp rolling papers package design, first used for over a decade and shown below:



As indicated in the image above, the RAW Organic Hemp packaging uses the colors red, brown, tan and green and the rectangular packaging features a line of green grass.

DICKINSON WRIGHT PLLC

**February 19, 2016**
Page 2

This design and its elements are included in a U.S. Copyright Office registration owned by BBK and obtained in 2012.



The Copyright Office registration number is VA 001961856.

BBK is concerned that similarities between the package design for the RAW® Organic Hemp rolling papers package (shown above) and the OCB Organic Hemp rolling papers package (shown below) and likely to cause (and may have caused already) customer confusion over whether the papers in the OCB Organic Hemp rolling papers package originate from the same source as the RAW® Organic Hemp rolling papers or are associated with BBK.



The similarities between the two packages are significant. As indicated in the image above, the design of the rectangular OCB Organic Hemp rolling papers package share the red, brown, tan and green colors of the RAW® Organic Hemp rolling papers package and have a line of green grass as well.

Like the RAW® Organic Hemp rolling papers package, the product name for the OCB Organic Hemp rolling papers package is in red, three letter type. The RAW® Organic Hemp rolling papers package design is balanced by brown type on the upper left and lower right corners. So is the OCB package. The product name RAW® is placed on a slight diagonal. The product name OCB has diagonal lines through it.



The backside of the OCB Organic Hemp rolling papers package is similar to the RAW® Organic Hemp rolling papers package design also. The layout is identical. Of particular

**February 19, 2016**
Page 3

significance are the four standard symbols above the bar code on the RAW® package. A lone symbol appears above the OCB barcode and appears to be a gratuitous design element.



The interior of the package is as similar. The RAW® Organic Hemp rolling papers package has a windmill that symbolizes BBK purchase of wind power offsets. The OCB Organic Hemp rolling papers has windmills also. The RAW® Organic Hemp rolling papers package has a green grass design along the bottom of the top flap and the OCB Organic Hemp rolling papers has a green design evoking a grassy knoll on which the windmills are perched.



The effect of these design similarities in packaging design on consumer confusion is exacerbated by the fact that the products sold in both the RAW® and OCB packages shown above are organic hemp rolling papers, sold to the same consumers at comparable low retail prices in the same retail outlets and marketed and distributed through the same trade channels.

The concerns that these similarities will lead to consumer confusion have been confirmed by direct evidence of actual consumer confusion. A recent consumer survey of over 150 individual purchasers of rolling papers revealed that most (39%), of those consumers who

DICKINSON WRIGHT PLLC

**February 19, 2016**
Page 4

viewed the OCB Organic Hemp rolling paper package separate from the OCB brand name and "hemp" product name, associated the package design with one company and, of those, most (29%) associated the package design with the RAW® brand of rolling papers. Of that same sample, only 3% associated the package design with OCB.

For these reasons, BBK wishes to discuss with Republic its willingness to make changes to the OCB Organic Hemp package design that will eliminate and the substantial similarity between the package designs and any consumer confusion over whether the OCB Organic Hemp rolling papers originate, or are otherwise associated with, the RAW® Organic Hemp rolling papers sold by BBK.

Please let me know by March 4, 2016, if you, or anyone else from Republic, is interested and available to engage in that discussion. I hope to hear from you soon.

Regards,

Frank G. Long

FGL:kmb

Enclosures

Copy w/ enclosures to:

Vanilla LA Group, Inc.
1210 N Kings Rd, #201
West Hollywood, CA 90069
Attn: Nadav Zohar (President)

PHOENIX 58183-32 264886v3

DETROIT | NASHVILLE | WASHINGTON, D.C. | TORONTO | PHOENIX | LAS VEGAS | COLUMBUS
TROY | ANN ARBOR | LANSING | GRAND RAPIDS | SAGINAW

Enclosure with DW letter of February 19, 2016 re: OCB Organic Hemp Rolling Papers Packaging

| Mark/Name | Goods & Services | Application Info. | Status | Owner |
|---|---|---|---|---|
| RAW | Class 35: providing consumer and business information and related news in the fields of marijuana and cannabis and medicinal and therapeutic marijuana and cannabis | 86634818<br>May 19 2015 | Pending.<br><br>Application to Publish Dec. 15 2015 | BBK Tobacco & Foods, LLP, AZ LLP DBA HBI International |
| RAW | Class 34: Flying disc rolling tray for cigarettes, cigars and herbs | 86546109<br>Feb. 25 2015 | Pending.<br><br>Application to Publish Jan 5 2016 | BBK Tobacco & Foods, LLP, AZ LLP, DBA HBI International |
| RAW | Class 34: Herbs for smoking | 86562256<br>March 12 2015 | Pending.<br><br>Response to Office Action filed Nov. 30 2015 | BBK Tobacco & Foods, LLP, AZ LLP, DBA HBI International |
| SUPERNATURAL RAW | Class 34: Cigarette papers; Cigarette rolling papers | 85237324<br>February 8, 2011 | Registered.<br><br>Reg. No.: 4041076<br>Date: Oct. 18, 2011 | BBK Tobacco & Foods, LLP, AZ LLP |
| RAW | Class 34: Cigarette filters; Cigarette tubes; Cigarette-rolling machines | 85318131<br>May 11, 2011 | Registered.<br><br>Reg. No: 4074036<br>Date: Dec. 20, 2011 | BBK Tobacco & Foods, LLP, AZ LLP, DBA HBI International |
| 100% CHLORINE FREE 100% VEGAN RAW NATURAL UNBLEACHED ROLLING PAPERS (Package Design) | Class 34: Cigarette rolling papers<br><br>Disclaimer: 100% CHLORINE FREE 100% VEGAN" AND "NATURAL UNBLEACHED ROLLING PAPERS | 78870425<br>April 26, 2006 | Registered.<br><br>Reg. No: 3422929<br>Date: May 6, 2008 | BBK Tobacco & Foods, LLP, AZ LLP |
| RAW ARTESANO | Class 34: Cigarette roiling papers, cigarette filters, cigarette rolling trays. | 85615862<br>May 3, 2012 | Registered.<br><br>Reg. No: 4325822<br>Date: April 23, 2013 | BBK Tobacco & Foods, LLP, AZ LLP, DBA HBI International |
| RAW | Class 11: Electric vaporizers.<br><br>Class 34: Electronic cigarettes; smoking pipes; tobacco pipes | 85567917<br>March 13, 2012 | Registered.<br><br>Reg. No: 4358908<br>Date: June 25, 2013 | BBK Tobacco & Foods, LLP, AZ LLP, DBA HBI International |
| RAW | Class 34: Cigar lighters; Cigarette lighters not for land vehicles; Lighters for smokers; Lighters not of precious metal; Non-electric cigar lighters not of precious metal; Tobacco pouches, cigar humidors, Rolling Paper Cases, shredders for | 85749332<br>Oct. 9, 2012 | Registered.<br><br>Reg. No: 4412202<br>Date: Oct. 1, 2013 | BBK Tobacco & Foods, LLP, AZ LLP, DBA HBI International |

February 19, 2016  
Page 6

Dickinson Wright PLLC

| Mark/Name | Goods & Services | Application Info. | Status | Owner |
|---|---|---|---|---|
| | tobacco and smokeable herbs not for industrial use; Cigarette Rolling Trays, Cigar Rolling Trays; tobacco storage boxes not of precious metal; Pocket apparatus for rolling cigarettes, namely, Scoops to assist in the rolling of one's own cigarette. | | | |
| RAW ORGANIC HEMP AUTHENTIC PUREST NATURAL HEMP FIBERS UNREFINED RAY NATURAL UNREFINED HEMP ROLLING PAPERS (Stylized) | Class 34: Cigarette paper; Cigarette papers; Cigarette rolling papers | 86096921 Oct. 21, 2013 | Registered. Reg. No: 4647824 Date: Dec 2, 2014 | BBK Tobacco & Foods, LLP, AZ LLP |
| RAW | Class 4: Aromatherapy fragrance candles; Candles; Perfumed candles; Scented candles | 86314400 June 19 2014 | Registered. Reg. No: 4667632 Date: Jan 6, 2015 | BBK Tobacco & Foods, LLP, AZ LLP DBA HBI International |
| RAW | Class 22: Lanyards for holding keys, whistles, badges and other small objects | 86307286 June 11, 2014 | Registered. Reg. No: 4667617 Date: Jan 6, 2015 | BBK Tobacco & Foods, LLP, AZ LLP DBA HBI International |
| RAW | Class 34: Cigarette holders; cigarette holders not of precious metal | 86340165 July 17 2014 | Registered. Reg. No: 4675473 Date: Jan. 20 2015 | BBK Tobacco & Foods, LLP, AZ LLP DBA HBI International |
| RAW | Class 34: Processed Cavendish pipe tobacco; grinders for tobacco and herbs for smoking; ceramic humidifiers for tobacco and herbs for smoking; machines for injecting tobacco into cigarette tubes. | 86202809 February 24, 2014 | Registered. Reg. No: 4766952 Date: July 7 2015 | BBK Tobacco & Foods, LLP, AZ Limited Liability Partnership |
| RAW | Class 16: Non-stick coated parchment paper, not used for writing or printing, used as a surface on which to roll tobacco | 86307187 June 11, 2014 | Registered. Reg. No: 4775472 Date: July 21 2015 | BBK Tobacco & Foods, LLP, AZ LLP DBA HBI International |
| RAW | Class 34: Cigarette Rolling papers made from processed paper, plastic or metal hand held cigarette rolling machines | 78389584 March 23, 2004 | Registered. Reg. No: 2989221 Date: Aug. 30, 2005 | BBK Tobacco & Foods, LLP, AZ LLP, DBA HBI International |

PHOENIX 58183-32 264886v3