# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Republic Technologies (NA), LLC, et al.

                                         Plaintiff,

v.                                                            Case No.: 1:16−cv−03401
                                                                  Honorable Thomas M. Durkin

BBK Tobacco & Foods, LLP

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 31, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone conference held on 3/31/2021. For the reasons stated on the record, Republic's Motion In Limine No. 2 [586] is denied, HBI's Motion in Limine No. 13 [606] is denied, HBI's Motion in Limine No. 15 [608] is denied, and Republic's Motion In Limine No. 11 [616] is denied. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.