IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REPUBLIC TECHNOLOGIES (NA), LLC and REPUBLIC TOBACCO, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> BBK TOBACCO & FOODS, LLP d/b/a HBI INTERNATIONAL, <br><br> Defendant, <br> ─────────────────────────── <br><br> BBK TOBACCO & FOODS, LLP d/b/a HBI INTERNATIONAL, <br><br> Counter-Plaintiff, <br><br> vs. <br><br> REPUBLIC TECHNOLOGIES (NA), LLC, REPUBLIC TOBACCO, L.P., and VANILLA LA GROUP, INC. <br><br> Counter-Defendants. | Case No. 16-cv-03401 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Sunil R. Harjani |

**BBK TOBACCO & FOODS. LLP D/B/A HBI INTERNATIONAL'S
MOTION FOR JUDGMENT AS A MATTER OF LAW**

Pursuant to Federal Rule of Civil Procedure 50(a), BBK Tobacco & Foods, LLP d/b/a HBI International ("HBI") hereby moves for judgment as a matter of law in its favor on the remaining claims asserted against HBI in Counts III, IV, and V of Plaintiffs Republic Technologies (NA), LLC's and Republic Tobacco, L.P.'s (together, "Republic's") Second Amended Complaint.

Dismissal is proper for the reasons set forth in the memorandum of law filed concurrently herewith. Specifically, a reasonable jury would not have a legally sufficient evidentiary basis to

find for Republic on any of its 27 false advertising claims. Accordingly, HBI respectfully requests that the Court enter judgment in its favor.

Dated: June 15, 2021                    BBK TOBACCO & FOODS, LLC
d/b/a HBI INTERNATIONAL

By: */s/ David S. Becker*
    One of its attorneys

Frank G. Long, (Arizona Bar Number #012245) (*Admitted pro hac vice*)
Charles S. Price (Arizona Bar Number 6197) (*Admitted pro hac vice*)
Ariana F. Pellegrino (Michigan Bar Number #79104) (*Admitted pro hac vice*)
DICKINSON WRIGHT PLLC
1850 N. Central Avenue, Suite 1400
Phoenix, AZ 85004

Jennifer L. Fitzgerald
David S. Becker
D. Richard Self
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6522

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of June, 2021, that the above and foregoing **HBI'S Motion for Judgment as a Matter of Law** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification to all ECF registrants that are counsel of record for this matter.

      By: */s/ David S. Becker*