# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REPUBLIC TECHNOLOGIES (NA), LLC and REPUBLIC TOBACCO, L.P., <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>BBK TOBACCO & FOODS, LLP d/b/a HBI INTERNATIONAL, <br><br>　　　　Defendant, <br>_____ <br><br>BBK TOBACCO & FOODS, LLP d/b/a HBI INTERNATIONAL, <br><br>　　　　Counter-Plaintiff, <br><br>　　vs. <br><br>REPUBLIC TECHNOLOGIES (NA), LLC, REPUBLIC TOBACCO, L.P., and VANILLA LA GROUP, INC. <br><br>　　　　Counter-Defendants. | Case No. 16-cv-03401 <br><br>Judge Thomas M. Durkin |

## BBK TOBACCO & FOODS, LLP D/B/A HBI INTERNATIONAL'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

BBK Tobacco & Foods, LLP d/b/a HBI International ("HBI") hereby moves for judgment as a matter of law against Defendants Republic Technologies (NA), LLC, and Republic Tobacco, L.P. ("Republic") pursuant to Federal Rule of Civil Procedure 50(b).

This relief is proper for the reasons set forth in the memorandum of law filed concurrently herewith. Specifically, Republic's state-law claims in Counts IV and V of its Second Amended Complaint fail because Republic did not demonstrate at trial that HBI's

conduct occurred "primarily and substantially in Illinois." Second, all of Republic's claims in this case should nevertheless be barred by HBI's laches and estoppel affirmative defenses.

Dated: August 13, 2021

BBK TOBACCO & FOODS, LLC
d/b/a HBI INTERNATIONAL


By: */s/ David S. Becker*
    One of its attorneys

Frank G. Long, (Arizona Bar Number #012245) (*Admitted pro hac vice*)
Charles S. Price (Arizona Bar Number 6197) (*Admitted pro hac vice*)
Ariana F. Pellegrino (Michigan Bar Number #79104) (*Admitted pro hac vice*)
DICKINSON WRIGHT PLLC
1850 N. Central Avenue, Suite 1400
Phoenix, AZ 85004

Jennifer L. Fitzgerald
David S. Becker
D. Richard Self
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6522

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of August, 2021, that the above and foregoing **BBK Tobacco & Foods, LLP D/B/A HBI International's Renewed Motion for Judgment as a Matter of Law** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification to all ECF registrants that are counsel of record for this matter.

                                                By: */s/ David S. Becker*