ILND 450 (Rev. 10/13): Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Republic Technologies (NA), LLC et al,

Plaintiff(s),

v.

BBK Tobacco & Foods, LLP,

Defendant(s).

Case No. 1:16-cv-03401
Judge Thomas M. Durkin

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

      which ☐ includes     pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

. 

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgment is entered in favor of HBI on Republic's claim for false advertsing; in favor of Republic on Republic's Deceptive Trade Practices Act claim; in favor of Republic on Republic's claim of unfair competition; in favor of HBI on HBI's copyright infringement claim as to the OCB "Sold Here" sign, and that the infringement was willful, with statutory damages in the amount of $40,000 to be awarded to HBI; in favor of HBI on HBI's trade dress infringement claim as to the OCB Organic Hemp 99-cent packaging, and that the infringement was willful, with profits in the amount of $979,620 to be awarded to HBI. HBI is subject to the terms of the agreed permanent injunction at docket entry 925. HBI is to pay Republic its attorneys' fees spent resolving the "Alcoy, Spain" issue, on which the parties have reported they will not be filing a fee petition because they privately reached a resolution.

---

This action was *(check one)*:

☒ tried by a jury with Judge Thomas M. Durkin presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

ILND 450 (Rev. 10/13)  Judgment in a Civil Action

Date:   6/1/2023                              Thomas G. Bruton, Clerk of Court

                                             E. Wall, Deputy Clerk